# EXHIBIT A

Facebook

facebook.com/profile.php?id=61553618264712

Search Facebook

**Mala Fama**

## Intro

Let's party!

**Page** · Dance & Night Club · Bar · Musician/band

5660 W Colfax Avenue , Denver, CO, United States, Colorado

+1 720-934-8848

Not yet rated (1 Review)

## Photos

See all photos

Write a comment...

**Mala Fama**

September 14, 2024 ·

No te lo pierdas ! Hoy Sábado te volvemos a traer la diversión y el entretenimiento! 🍺🍺🍺 Lo mejor de lo mejor para ti! Solo Mala Fama te lo puede dar.

📌 ... **See more**




Monday, September 8, 2025

Mon 1:09 PM (Local time)

1:09 PM
9/8/2025

Facebook

facebook.com/photo/?fbid=122181520664120608&set=a.122108331332120608




**Mala Fama**
September 14, 2024 ·

No te lo pierdas ! Hoy Sábado te volvemos a traer la diversión y el entretenimiento! 🍻🍻🍻 Lo mejor de lo mejor para ti! Solo Mala Fama te lo puede dar.

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina 👑

**#colorado**
**#denver**
**#malafama**
**#can... See more**

👍 1 2 ↪

**No comments yet**
Be the first to comment.

Write a comment...

Monday, September 8, 2025

Mon 1:09 PM (Local time)

1:09 PM
9/8/2025

Instagram

instagram.com/p/DGlOezNOyQE/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
Meta AI
Threads
More




mala_fama_social_cantina • Follow

mala_fama_social_cantina 27w
Y es el turno de grupo la Respuesta. Los jueves se hizo para pasarla chingón ! 🍻🍻🍻 Te esperamos en Mala Fama !! 🔥🔥🔥

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina 🍻

#musicaybebida
#colorado
#denver
#malafama
#cantina
#lakewood
#malafama
#cubeta
#beer
#musica
#latinos

4 likes
February 27

Add a comment...

Messages

Monday, September 8, 2025
Mon 1:16 PM (Local time)

More posts from mala_fama_social_cantina

1:16 PM
9/8/2025

Instagram

instagram.com/p/C_59pQ9x7Pb/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- Meta AI
- Threads
- More




mala_fama_social_cantina • Follow

mala_fama_social_cantina 51w
No te lo pierdas ! Hoy Sábado te volvemos a traer la diversión y el entretenimiento! 🍺 🍺 🍺 Lo mejor de lo mejor para ti! Solo Mala Fama te lo puede dar.

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina

#colorado
#denver
#malafama
#cantina
#lakewood
#malafama
#cubeta
#beer
#musica

3 likes
September 14, 2024

Add a comment...

Messages

Monday, September 8, 2025
Mon 1:26 PM (Local time)

1:26 PM
9/8/2025

Lleguen antes de las 10pm para

tiktok.com/@ellaesmalafama/video/7476198652919254302

TikTok

Search

For You
Explore
Following
LIVE
Upload
Profile
More

Log in

Company
Program
Terms & Policies
© 2025 TikTok




16
0
0
Share

00:07 / 00:08

ellaesmalafama

Log in

You may like




Nos vemos esta noche en Mala Fam...
ellaesmalafama
232 · 2024-10-27




YO SOY MALA........ FAMA!!!!!!!!!!!!!!!! Y ...
ellaesmalafama
184 · 2024-5-10



Estamos listos en Mala Fama 🔥
ellaesmalafama
24 · 1w ago



E... M...
el...
41 · 1w ago

Monday, September 8, 2025
Mon 1:32 PM (Local time)

1:32 PM
9/8/2025

# EXHIBIT B

Facebook

facebook.com/photo.php?fbid=122216718536120608&set=pb.61553618264712.-2207520000&type=3




**Mala Fama**
April 2 ·

Noche de felinas 😼😼😼
🔥🔥🔥 Prepárate ! Y ven a Mala Fama, tenemos el mejor repertorio para ti! 🔥🇺🇸

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina 👑

**#musicaybebida**
**#colorado**
**#denver**
**#... See more**

5

**No comments yet**
Be the first to comment.

Write a comment...

Monday, September 8, 2025

Mon 1:34 PM (Local time)

1:34 PM
9/8/2025

Instagram

instagram.com/p/DH-AyRAtycl/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
Meta AI
Threads
More




mala_fama_social_cantina • Follow

mala_fama_social_cantina Edited • 22w
Noche de felinas 😼😼😼
🔥🔥🔥 Prepárate ! Y ven a Mala Fama, tenemos el mejor repertorio para ti! 🔥 us

@alejandropradalivemusic

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina 👉

#musicaybebida
#colorado
#denver
#malafama
#cantina
#lakewood
#malafama
#cubeta

3 likes
April 2

Add a comment...

Messages

Monday, September 8, 2025

Mon 1:35 PM (Local time)

1:35 PM
9/8/2025

# EXHIBIT C

Instagram

instagram.com/p/C-yUga_xYjc/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- Meta AI
- Threads
- More




mala_fama_social_cantina • Follow

**mala_fama_social_cantina** 55w
Tus días ya no van a ser iguales 🔥🔥🔥 éste dom 18 de agosto ! 🍻🍺 Te esperamos, veny compruébalo por ti mismo✨✨

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina 🍻

#malafama
#cantina
#lakewood
#malafama
#cubeta
#beer
#musica
#latinos
#lakewood
See translation

13 likes
August 17, 2024

Add a comment...

Messages

Monday, September 8, 2025
Mon 1:37 PM (Local time)

1:37 PM
9/8/2025

ellaesmalafama (@ellaesmalafa ×

tiktok.com/@ellaesmalafama/photo/7423480015280655662

TikTok

Search

- For You
- Explore
- Following
- LIVE
- Upload
- Profile
- More

Log in

Company
Program
Terms & Policies
© 2025 TikTok




9
0
0
1

ellaesmalafama

Log in

You may like




Nos vemos esta noche en Mala Fam...
ellaesmalafama
232 · 2024-10-27




YO SOY MALA........ FAMA!!!!!!!!!!!!!!!! Y ...
ellaesmalafama
184 · 2024-5-10



Estamos listos en Mala Fama 🔥
ellaesmalafama
24 · 1w ago



E... M...
el...
41 · 1w ago

Monday, September 8, 2025
Mon 1:53 PM (Local time)

1:53 PM
9/8/2025

Instagram

instagram.com/p/C9fwLpLSLji/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- Meta AI
- Threads
- More




**mala_fama_social_cantina** • Follow

**mala_fama_social_cantina** 59w
El día es hoy! Cubeta 2x$40 us 🤝 🍻 pasa un momento agradable junto a tus amigos ! Y disfruta de lo que tenemos para ti! 🍻 🔥

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina 🍻

#cantina
#lakewood
#malafama
#cubeta
See translation

**No comments yet.**

Start the conversation.

**1 like**
July 16, 2024

Add a comment...

Messages

Monday, September 8, 2025
Mon 1:53 PM (Local time)

1:53 PM
9/8/2025

Instagram

instagram.com/p/C9fiW5HOan6/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
Meta AI
Threads
More




mala_fama_social_cantina • Follow

mala_fama_social_cantina 59w
Martes en tu lugar favorito ❤️

Te esperamos, abierto todos los días desde las 12 del medio día! 🥳🥳🥳🥳
See translation

**No comments yet.**

Start the conversation.

July 16, 2024

Add a comment...

Messages

Monday, September 8, 2025

Mon 1:54 PM (Local time)

1:54 PM
9/8/2025

brendagonzalez4890 (@brenda

tiktok.com/@brendagonzalez4890/photo/7404527441361833259

TikTok

Search

For You

Explore

Following

LIVE

Upload

Profile

More

Log in

Company

Program

Terms & Policies

© 2025 TikTok

Log in




3

0

0

Share

brendagonzalez4890

Monday, September 8, 2025

Mon 1:55 PM (Local time)

1:55 PM
9/8/2025

Facebook

facebook.com/photo.php?fbid=122176046216120608&set=pb.61553618264712.-2207520000&type=3




**Mala Fama**
August 17, 2024 ·

Tus días ya no van a ser iguales 🔥🔥🔥 éste dom 18 de agosto ! 👑🍺 Te esperamos, veny compruébalo por ti mismo✨✨

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina 👑

**#malafama**
**#cantina**
**#lakewood**
**#malaf... See more**

👍 1 2

**No comments yet**
Be the first to comment.

Write a comment...

Monday, September 8, 2025

Mon 1:55 PM (Local time)

1:55 PM
9/8/2025

Facebook

facebook.com/photo.php?fbid=122169142142120608&set=pb.61553618264712.-2207520000&type=3




**Mala Fama**
July 16, 2024 ·

El día es hoy! Cubeta 2x$40 🇺🇸🤝👑 pasa un momento agradable junto a tus amigos ! Y disfruta de lo que tenemos para ti! 👑🔥

📌 5660 W Colfax Ave. Lakewood, CO 80214
@mala_fama_social_cantina 👑

**#cantina**
**#lakewood**
**#malafama**
**#cubeta**

2 · 1 · 3

Most relevant

**Navarro Eduardo**
Muy buen lugar para pasarla bien selos recomiendo

1y Like Reply

Write a comment...

Monday, September 8, 2025

Mon 1:56 PM (Local time)

1:56 PM
9/8/2025

Instagram

instagram.com/p/DLAjUpSueg8/

Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- Meta AI
- Threads
- More




mala_fama_social_cantina • Follow

mala_fama_social_cantina 11w
Para seguir la semana con la mejor vibra hoy es martes ! promoción en cubetas.

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina

#musicaybebida
#colorado
#denver
#malafama
#cantina
#lakewood
#malafama
#cubeta
#beer
#musica
#latinos

6 likes
June 17

Add a comment...

Messages

Monday, September 8, 2025
Mon 1:59 PM (Local time)

1:59 PM
9/8/2025

Facebook

facebook.com/photo.php?fbid=122230724852120608&set=pb.61553618264712.-2207520000&type=3




**Mala Fama**
June 17 ·

Para seguir la semana con la mejor vibra
hoy es martes ! promoción en cubetas.

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina

**#musicaybebida**
**#colorado**
**#denver**
**#mal... See more**

2

3

**No comments yet**
Be the first to comment.

Write a comment...

Monday, September 8, 2025

Mon 1:59 PM (Local time)

1:59 PM
9/8/2025

Instagram

instagram.com/p/DBkGkZCuY84/

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
Meta AI
Threads
More




mala_fama_social_cantina • Follow

mala_fama_social_cantina 45w
Grupo Forajidos 🕺 💃 te esperamos hoy para un día especial en Mala Fama 😡 😡 usus

Abrimos todos los días us 🍺

📌 5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina 🍻

#musicaybebida
#colorado
#denver
#malafama
#cantina
#lakewood
#malafama
#cubeta
#beer

5 likes
October 25, 2024

Add a comment...

Messages

Monday, September 8, 2025
Mon 2:01 PM (Local time)

2:01 PM
9/8/2025

Facebook

facebook.com/photo.php?fbid=122187775748120608&set=pb.61553618264712.-2207520000&type=3




**Mala Fama**
October 25, 2024 ·

Grupo Forajidos te esperamos hoy para un día especial en Mala Fama

Abrimos todos los días

5660 W Colfax Ave. Denver, CO 80214
@mala_fama_social_cantina

**#musicaybebida**
**#colorado**
**#de... See more**

**No comments yet**
Be the first to comment.

Write a comment...

Monday, September 8, 2025

Mon 2:02 PM (Local time)

2:02 PM
9/8/2025

Facebook

facebook.com/profile.php?id=61553618264712

Search Facebook

**Mala Fama**

## Intro

Let's party!

**Page** · Dance & Night Club · Bar · Musician/band

5660 W Colfax Avenue , Denver, CO, United States, Colorado

+1 720-934-8848

Not yet rated (1 Review)

## Photos

See all photos

**Mala Fama**
October 25, 2024 ·

Grupo Forajidos 🕺💃 te esperamos hoy para un día especial en Mala Fama 🎃🎃🇺🇸🇺🇸
Abrimos t... **See more**




Like Comment Share

Write a comment

Monday, September 8, 2025

Mon 2:37 PM (Local time)

2:37 PM
9/8/2025